UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.
MAY - 4 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NO: **16-62674-civ-Martinez-Goodman**

IRIS LIVINGSTON,

    Plaintiff,

v.

JAMES S. COLEMAN,

    Defendant.

_____/

## DEFENDANT'S AFFIDAVIT OPPOSING PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFF'S VERIFIED MOTION FOR DEFAULT JUDGMENT

JAMES COLEMAN swears under penalty of perjury as follows:

1. My name is James Coleman, I am over eighteen years of age, I reside in the United States and have personal knowledge of the matters set forth herein. I am mentally competent to sign this Affidavit and do so freely, voluntarily, and pursuant to my own free will.
2. I am the Defendant in the case-captioned Livingston v. Coleman, Case No. 16-62674-civ-Martinez Goodman before this Court. I appear in this case *pro se*.
3. It appears that Plaintiff has filed a reply to my response to Plaintiff's Motion For Default Judgment which I filed on or about March 22, 2017. I was not served with a copy of the Reply, I only learned about it because a friend of mine checked the case on the website PACER to see if there was a decision. Once again it appears that Plaintiff's counsel is attempting to circumvent the process and take advantage of my status as a non-lawyer. Again, I was not mailed, e-mailed, or express mailed the Reply. Had my friend not have looked on PACER I would have been unaware of the Reply.

1

4. As to the other points made in the Reply, my response is simple. Counsel concedes that "there has been no discovery in the case and neither Defendant nor Stephen P. Higgins has been deposed." I believe such discovery would clearly demonstrate the merits of my defense. Counsel misstates several facts and appears to be afraid to have this case before the Court and tried on the merits

5. First, Mr. Higgins will testify that the numbers as prepared by him on Dream Recovery clearly demonstrate that Plaintiff does not meet the criteria under the Fair Labor Standards Act. At all relevant times, Mr. Higgins was the sole accountant for Dream Recovery. Defendants attempt to twist the numbers in a convoluted manner to fit his argument will not stand up to scrutiny.

6. Second, Dream Recovery only had one bank account at Chase Bank at all relevant times and thus the incoming funds in that account represent the sum of the total gross revenue of the company.

7. As stated in my previous Affidavit, judgments by default are disfavored and are never granted as a matter of right. It is a decision entrusted to the sound discretion of the district court. My default was not willful, I have taken the promptest action I could, given the fact that I needed to understand what had happened in this matter as I did not have a correct copy of the Complaint. I have a meritorious defense. Plaintiff will not be prejudiced by having to prove the allegations in the Complaint, which I feel she will not be able to do. As for the rest, I will let my initial Affidavit speak for itself

8. For these reasons, I feel that the Motion for Default Judgment should be denied and this case should be heard on the merits. I HEREBY CERTIFY that a true and correct copy of this foregoing has been delivered to the Court via Federal Express to Plaintiff's counsel via US Postal First Class Mail on the 3rd day of May 2017.

JAMES S. COLEMAN
Pro Se Defendant
99 Oakdale Rd.
Roslyn Heights, NY 11577
917-213-9056
jscsuper@aol.com

## SERVICE LIST

Attorney for Plaintiffs

Elliot Kozolchyk, Esq.
Koz Law, P.A.
ekoz@kozlawfirm.com
320 S.E. 9th St.
Ft. Lauderdale, Fl. 33316

2





Colanars
99 Oakdale Rd
Roslyn Heights, NY 11577

United States District Court
Southern District of Florida
Clerk's Office    Room 108
299 East Broward Boulevard
Ft. Lauderdale, Fl 33301
954-769-5400