UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 16-62674-civ-Martinez-Goodman

IRIS LIVINGSTON,

    Plaintiff,

v.

JAMES S. COLEMAN,

    Defendant.

_____/

## SWORN AFFIDAVIT OF CONNIE S. COLEMAN

CONNIE S. COLEMAN swears under penalty of perjury as follows:

1. My name is Connie Coleman, I am over eighteen years of age, I reside in the United States and have personal knowledge of the matters set forth herein. I am mentally competent to sign this Affidavit and do so freely, voluntarily, and pursuant to my own free will.
2. On December 12, 2016 I was served a letter for my husband, James S. Coleman, the Defendant in this case. The letter was delivered to my home by a process server.
3. When my husband, James S. Coleman, came home he opened the letter in my presence.
4. The letter contained an unsigned Complaint without any exhibits.

*[signature]*

**CONNIE S. COLEMAN**
99 Oakdale Road
Roslyn Heights, NY 11577

DEBORAH Y LINARES
Notary Public - State of New York
NO. 01LI6294735
Qualified in Nassau County
My Commission Expires Jan 20, 2022

*[signature]* Deborah Y Linares 4-24-19

FILED BY _____ D.C.
APR 29 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Coleman
99 Oakdale Rd
Roslyn Heights, NY 11577

US District Court
Southern District of Florida
299 E. Broward Blvd.
Suite 108
Ft. Lauderdale, FL. 33301
ATTN: Clerk's Office



