UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case Number: **16-62674-CIV-MARTINEZ-GOODMAN**

IRIS LIVINGSTON,
    Plaintiff,

vs.

JAMES S. COLEMAN,
    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on Defendant's Motion to Quash Service of Process, [ECF Nos. 29, 30]. Magistrate Judge Goodman filed a Report and Recommendation [ECF No. 35], recommending that Defendant's Motion be denied. The Court has reviewed the entire record and notes that no objections have been filed. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Goodman's Report and Recommendation [ECF No. 35] is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that

1. Defendant's Motion to Quash Service of Process, [ECF No. 29], is **DENIED**.
2. Defendant shall file a response to the Complaint **on or before September 18, 2020**.
Failure to comply shall result in the reinstatement of the Clerk's Entry of Default.

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd day of September, 2020.

                                                                 JOSE E. MARTINEZ
                                                                 UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record
James S. Coleman, *pro se*